**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DARRIEN TOTO**                                                            **PLAINTIFF**

**v.**                                    **No: 4:21-cv-00548-JM**

**RODNEY WRIGHT,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 5th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE